# CIVIL MOTION MINUTES

Date: 12/05/25

Judge: Porter
Reporter: FTR

Time: 10:01 am – 10:17 am

Civil Action Number: 1:25cv679

Shenzhen Quika Technology Co., Ltd.

vs.

Shenzhen Sunwell Industrial Co. Ltd.

Appearances of Counsel for: (X) Pltf – Joshua Hartman
(X) Deft – Nicholas Zalany (by phone)
Gang Ye

Motion to/for:

Plaintiff Joint MOTION for Extension *of Discovery by One Month and to Continue the Final Pretrial Conference*

Argued &
(X) Granted     (  ) Denied (  ) Granted in part/Denied in part
(  )Held in Abeyance ( ) Taken Under Advisement (  ) Continued to (  ) Overruled

Extension until January 12, 2026

Final Pretrial continued to January 26, 2026 at 11:00 am

Parties to contact chambers if they want to schedule a settlement conference

(  ) Memorandum Opinion to Follow

( X )   Order to follow