IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SHENZHEN QUIKA TECHNOLOGY CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN SUNWELL INDUSTRIAL CO. LTD, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:25-cv-00679 (WBP) |

## ORDER

The parties filed a Joint Motion to Extend Discovery by One Month and to Continue the Final Pretrial Conference. ("Motion"; ECF No. 53.) For the reasons stated on the record at the December 5, 2025, hearing, which is available on the Court's recording system, the Court GRANTS the Motion and ORDERS as follows:

1. The parties must complete all discovery by January 12, 2026.

2. The Court continues the Final Pretrial Conference to 11:00 a.m. on January 26, 2026, in Courtroom 400.

If the parties believe that a settlement conference with the Court will help resolve this dispute, they may contact my chambers, and I will arrange for a settlement conference by another magistrate judge.

Entered this 5th day of December 2025.

William B. Porter
United States Magistrate Judge

Alexandria, Virginia