IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SHENZHEN QUIKA TECHNOLOGY CO., LTD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHENZHEN SUNWELL INDUSTRIAL CO. LTD, )<br>)<br>Defendant. ) | Case No. 1:25-cv-00679 (WBP) |

## ORDER

Plaintiff has filed an Unopposed Motion to Withdraw Motion to Compel and the Parties' Joint Motion to Strike the Associated Pleadings ("Motion"; ECF No. 71) asking the Court to withdraw the Motion to Compel (ECF No. 61) and to strike their Motions to Seal (ECF Nos. 58, 67) and associative pleadings (ECF Nos. 59–66, 68–69, 72).

On December 12, 2025, Plaintiff filed a Motion to Compel Sunwell to Conduct a Forensic Document Collection (ECF No. 64) and a Motion to Seal (ECF No. 58) the Brief in Support of the Motion to Compel (ECF No. 62). In response, Defendant filed an Opposition to the Motion to Compel (ECF No. 65) and a Motion to Seal Exhibit B (ECF No. 66-1) to the Opposition to the Motion to Compel. On December 18, 2025, Plaintiff informed the Court by email that the parties had resolved the issues in dispute, so the Court denied the Motion to Compel as moot (ECF No. 70).

"It is well established that district courts have inherent power to control their docket" including by "strik[ing] items from the docket." *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404–05 (9th Cir. 2010) (quotation omitted). To strike documents, "just cause" must exist.

*G.W. Aru, LLC v. W.R. Grace & Co.-Conn.*, No. JKB-22-2636, 2023 WL 5434666, at *1 (D. Md. Aug. 23, 2023). Courts have found just cause when the document at issue is not relevant to a dispute before the court. *See, e.g.*, *In re Zetia (Ezetimibe) Antitrust Litig.*, No. 2:18md2836 (RBS), 2018 WL 6795832, at *2 (E.D. Va. Nov. 9, 2018) (striking reply brief that was "not nee[ed]" by the court to resolve the motion). Documents that the court "never acted on or relied on or considered" do not play a role in the adjudicative process. *BASF Plant Sci., LP v. Commonwealth Sci. & Indus. Res. Org.*, No. 2:17-CV-503 (HCM), 2019 WL 8108115, at *9 (E.D. Va. Aug. 15, 2019) (sealing motion and brief because it was "resolved by the parties and withdrawn within a matter of days").

Plaintiff moves the Court to withdraw the Motion to Compel and to strike the associated filings because the parties resolved the discovery dispute. The Court need not consider these filings because the Motion to Compel was rendered moot. Therefore, just cause exists to strike the docket entries. Accordingly the Court ORDERS as follows:

1. The Court GRANTS the Motion (ECF No. 71).

2. The Court DIRECTS the Clerk to strike ECF Nos. 58–69 and 72.

Entered this 2nd day of January 2026.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia